913 F.2d 1315w
 Jenny Lisette FLORES, a minor, by next friend Mario Hugh
GALVEZ-MALDONADO; Dominga Hernandez-Hernandez, a minor, by
next friend Jose Saul Mira; Alma Yanira Cruz-Aldama, a
minor, by next friend Herman Perililo Tanchez, Plaintiffs-Appellees,
v.
Edwin MEESE, III; Immigration & Naturalization Service;
Harold Ezell, Defendants-Appellants.
 No. 88-6249.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 5, 1989.
Decided June 20, 1990.
As Amended Sept. 7, 1990.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 934 F.2d 991.